715 A.2d 429

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Hurley McDANIELS, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 14, 1997.

Decided Aug. 19, 1998.

Lee Mandell, Philadelphia, for appellant.

Catherine Marshall, Philadelphia, for Com., appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.